# EXHIBIT C

## ATTACHMENT # 2 – (2 PAGES)
## with Commission stated by Stone Gate on page 2

Robert Eversman Jerry, To
Me
Mar 28

Jerry,

Attached is what Stuart and I put together for pricing for both the 4/1 and 8/1 dog options.

Please review and let me know if you have any questions.

Thanks

Robert Eversman

Director, Sales & Marketing

Stone Gate Foods

P 952-445-1350  952-445-1350 ext. 114

F 866-546-3858

reversman@stonegate-foods.com

www.stonegate-foods.com

**7-11 Bacon Dog Pricing**

| **8 /1 Dogs** | | **Cost** |
|---|---|---|
| Ingredients | | |
| | 8/1 Dog | $0.25 |
| | Bacon | $0.17 |
| Raw Material Shrink | | $0.01 |
| Packaging | | $0.01 |
| Stone Gate Labor | | $0.13 |
| Stone Gate Equipment Investment | | $0.01 |
| Stone Gate Overhead & Profit | | $0.17 |
| SuperChef's Commission | | $0.07 |
| McLane Distribution | | $0.03 |
| Mclane 1% spoilage, 1% terms discount | | $0.02 |
| **Total** | | **$0.87** |

| **4 /1 Dogs** | | **Cost** |
|---|---|---|
| Ingredients | | |
| | 4/1 Dog | $0.49 |
| | Bacon | $0.17 |
| Raw Material Shrink | | $0.01 |
| Packaging | | $0.02 |
| Stone Gate Labor | | $0.14 |
| Stone Gate Equipment Investment | | $0.02 |
| Stone Gate Overhead & Profit | | $0.25 |
| SuperChef's Commission | | $0.07 |
| McLane Distribution | | $0.06 |
| Mclane 1% spoilage, 1% terms discount | | $0.03 |
| **Total** | | **$1.24** |